**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE**

| | |
|---|---|
| Courtroom Deputy: Bernique Abiakam | Date: March 12, 2014 |
| Court Reporter: Mary George | |
| Probation Officer: Katrina Devine | Interpreter: Marcela Salazar |

Criminal Action No.: 13-cr-00388-JLK

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Geoffrey Rieman |
|     Plaintiff, | |
| v. | |
| LUIS ALBERTO MUNOZ-RAZCON, | Robert W. Pepin |
|     Defendant. | |

## SENTENCING MINUTES

**10:07 a.m.** Court in session.

Court calls case. Appearances of counsel. Defendant present in custody.

Interpreter sworn.

**Change of Plea Hearing:** December 12, 2013.

**Defendant plead guilty to Count One of the Indictment.**

Discussion regarding Doc. No. 23.

10:08 a.m.   Argument by Mr. Rieman.

10:13 a.m.   Argument by Mr. Pepin.

10:22 a.m.   Comments and ruling by the Court.

*13-cr-00388-JLK*
*Sentencing*
*March 12, 2014*

**ORDERED:**   Motion For Variant Sentence Supporting Presentence Investigation Report Recommendation (Filed 2/28/14; Doc. No. 23) is DENIED.

Parties received and reviewed the presentence report.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

Comments and rulings by the Court.

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to **Count One** to a term of imprisonment of **15 months**.

**SUPERVISED RELEASE:**

None imposed because Defendant will be deported at the end of his sentence.

Defendant is advised that if he enters or remains in the United States illegally, possesses a firearm, or illegally possesses a controlled substance, he will be subject to further federal prosecution.  If that is the case, it is the RECOMMENDATION of this Court, that the sentence to be imposed be closer to the maximum than to the minimum sentence.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

**ORDERED:**   Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**10:29 a.m.   Court in recess.**
Hearing concluded.
Total in-court time: 22 minutes